JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ISRAEL AVINA, | Case No. CV 14-08831 DDP (JEMx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| M. SUSAN M. CURDA, Los Angeles District Director, United States Citizenship and Immigration Service, | |
| Defendant. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than June 30, 2016, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: January 22, 2016

DEAN D. PREGERSON
United States District Judge